# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0751
LT Case No. 2020-000395-CF-52

_____

MATTHEW JAMES CUNNINGHAM,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Putnam County.
Alicia R. Washington, Judge.

Matthew J. Metz, Public Defender, and Brian M. Hyer, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kristen L.
Davenport, Assistant Attorney General, Daytona Beach, for
Appellee.


January 27, 2026


PER CURIAM.

    AFFIRMED.


EDWARDS, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____